JAMES R. HAWKINS (SBN 192925)
james@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff THOMAS HARDWICK and the Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS HARDWICK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOOVESTOL, INC., a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-07505 DMG (MAA)<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE ALL DATES AND STAY CASE PENDING SETTLEMENT APPROVAL**<br><br>Complaint Filed: May 22, 2020<br>Removal Filed: August 18, 2020 |

1

JOINT NOTICE OF SETTLEMENT

Plaintiff Thomas Hardwick ("Plaintiff") and Defendants Hoovestol, Inc. and 10 Roads Express, LLC ("Defendants") (collectively, the "Parties") are pleased to report that, with the assistance of mediator Gig Kyriacou, Esq., the Parties have reached a settlement in principle of all claims pending in this action. The parties are preparing a class action settlement agreement. Shortly thereafter, Plaintiff will be filing a motion for preliminary approval. In the meantime, the Parties respectfully request that the Court vacate all pending deadlines and hearings and stay the case pending the filing of Plaintiff's motion for preliminary approval.

IT IS SO STIPULATED.

Dated: May 5, 2023        JAMES HAWKINS APLC

By:   /s/ Mitchell J. Murray
      James R. Hawkins
      Christina M. Lucio
      Mitchell J. Murray

      Attorneys for Plaintiff and the Class

Dated: May 5, 2023        BURNHAM BROWN APC

By:   /s/ Raymond A. Green
      Raymond A. Green, III

      Attorneys for Defendants