# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HARDWICK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOOVESTOL, INC., a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 20-7505-DMG (MAAx)<br><br>**ORDER APPROVING STIPULATION TO VACATE ALL DATES AND STAY CASE PENDING SETTLEMENT APPROVAL [81]** |

The Court, having read and considered the Parties' Joint Notice of Settlement and Stipulation to Vacate All Dates and Stay Case, hereby APPROVES the Stipulation and orders that:

1. All proceedings in this action are hereby STAYED until September 1, 2023, except as necessary to effectuate the settlement.

2. No later than September 1, 2023, the Parties shall file a Motion for Preliminary Approval or a joint status report regarding the status of the settlement agreement and Motion for Preliminary Approval.

3. All pretrial and trial dates and deadlines are VACATED, except as set forth herein.

IT IS SO ORDERED.

DATED: May 5, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE