**JS-6 / REMAND**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HARDWICK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOOVESTOL, INC., a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 20-7505-DMG (MAAx)<br><br>**ORDER APPROVING STIPULATION TO REMAND REMOVED ACTION [83]** |

The Court, having reviewed the Stipulation to Remand Removed Action and good cause appearing, orders as follows:

1. The Parties' joint stipulation is APPROVED;

2. Central District of California case number CV 20-07505-DMG (MAAx), styled *Thomas Hardwick v. Hoovestol, Inc., et al.*, is hereby remanded to Los Angeles County Superior Court by stipulation of the Parties.

4. Defendant's Motion for Summary Judgment [Doc. # 54] and Plaintiff's Motion for Partial Summary Judgment [Doc. # 59] are DENIED as moot.

3. The stay in this action is LIFTED.

IT IS SO ORDERED.

DATED: June 5, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE